**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**OWENSBORO DIVISION**

| | |
|---|---|
| JAMES HARRISON, | |
| Plaintiff, | |
| v. | Case No. 4:20-cv-00153 |
| WELLPATH CORPORATION; JOHN/JANE DOE; ANNA D'AMICO; LESSYE CRAFTON; KENTUCKY DEPARTMENT OF CORRECTIONS; JOHN/JANE DOE; RANDY WHITE; KEVIN R. MAZZA; PATRICK A. KESSINGER; SGT. KENNEDY, and PATRICK BARNET, | *Electronically filed* |
| Defendants. | |

**ENTRY OF APPEARANCE**

Undersigned counsel respectfully submits his entry of appearance in the above-styled action as co-counsel on behalf of Defendants Wellpath, LLC, Dr. D'Amico, and Lessye Crafton. Undersigned counsel is an attorney in good standing who is licensed to practice law in the state of Kentucky, and he is admitted to practice law in this Court.

Respectfully submitted,

/s/ Charles M. Rutledge
William E. Sharp
Charles M. Rutledge
BLACKBURN DOMENE & BURCHETT PLLC
614 West Main Street, Suite 3000
Louisville, KY 40202
Tel: (502) 584-1600
wsharp@bdblawky.com
crutledge@bdblawky.com
*Counsel for Defendants Wellpath, LLC, Dr. D'Amico, Crafton*

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2021, I electronically filed this document through the CM/ECF system, which will send notice to all counsel of record. I further certify that I served a copy of the foregoing by first-class mail, postage pre-paid, to Plaintiff at the address listed below:

James Harrison #095435
Green River Correctional Complex
1200 River Road
P.O. Box 9300
Central City, KY 42330
*Plaintiff*

/s/ Charles M. Rutledge
Charles M. Rutledge